IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM FORD | : |
| *Plaintiff* | : |
| v. | : Civil Action No.: 2:18-cv-05161-WB |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | : **STIPULATION OF DISMISSAL** : **WITH PREJUDICE** |
| *Defendant* | : |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for plaintiff, William Ford and counsel for defendant National Railroad Passenger Corporation ("Amtrak") that the above-entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| Keller & Goggin P.C. | Landman Corsi Ballaine & Ford P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| By: */s/ James M. Duckworth* | By: /s/ Matthew P. Strauskulage |
| James M. Duckworth, Esquire | Matthew P. Strauskulage, Esquire |
| | |
| Dated:  06/09/2020 | Dated:  06/09/2020 |

4826-5424-9132v.1